AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Rafeal Barrett | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  5:14-cv-1367-MGL |
| Sgt T. Gibbons | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge. The court adopts the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.


Date:   August 29, 2014                                            *CLERK OF COURT*

                                                                   s/Debbie Stokes

                                                                   *Signature of Clerk or Deputy Clerk*